*Mr. Hyman W. Gamso* for respondent.

No. 842. FEDERAL RESERVE BANK *v.* ALGAR ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Yale L. Schekter* and *Clarence L. Cole* for petitioner. *Mr. Leonard D. Algar, pro se.*

No. 846. AUGUSTUS *v.* NEW AMSTERDAM CASUALTY Co. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. V. Russell Donaghy* for petitioner. No appearance for respondent.

No. 850. FALSTAFF BREWING CORP. *v.* THOMPSON. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Isidor Ziegler* and *W. C. Fraser* for petitioner. No appearance for respondent.

No. 851. FRANKLIN, ADMINISTRATRIX, *v.* WUNDERLICH ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Richard T. Rives* for petitioner. *Mr. Dempsey M. Powell* for respondents.

No. 855. CAMPBELL, ADMINISTRATOR, *v.* BEEDLE ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Samuel A. Mitchell* for petitioner. *Mr. Albert E. L.*

632

*Gardner* for respondents. 

No. 866. FALVEY *v.* FOREMAN-STATE NATIONAL BANK ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Patrick J. Falvey, pro se. Messrs. Weymouth Kirkland, Howard Ellis, Herman Waldman, Edward R. Adams,* and *James F. Oates, Jr.* for respondents. 

No. 832. MONTGOMERY *v.* UNITED STATES. May 15, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs J. Marvin Haynes, Thomas G. Haight,* and *James O. Wynn* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Louise Foster* for the United States.

No. 839. WARD ET AL. *v.* SHELL PETROLEUM CORP. ET AL. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Oliver J. Todd* for petitioners. No appearance for respondents.

No. 868. GLENMORE DISTILLERIES CO. *v.* NATIONAL DISTILLERS PRODUCTS CORP. May 15, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Guy B. Hazelgrove* and *Ralph T. Catterall* for petitioner. *Messrs. Thomas B. Gay, Gerald J. Craugh, Edward A. Craighill, Jr.,* and *Lewis F. Powell, Jr.* for respondent. 

No. 872. CONWAY, TRUSTEE, *v.* BONNER. May 15, 1939. Petition for writ of certiorari to the Circuit Court